UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STORMY MAGIERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:08-CV-1023-G |
| CITY OF DALLAS, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

The court enters judgment pursuant to the jury verdict, rendered May 13, 2011, against plaintiff.

It is **ORDERED, ADJUDGED** and **DECREED** that plaintiff Stormy Magiera take nothing on her claims against defendant City of Dallas. Plaintiff's claims are **DISMISSED** with prejudice, with all costs taxed against plaintiff. This decision is without prejudice to any motions that defendant City of Dallas may file pursuant to 42 U.S.C. §1988.

May 17, 2011.

*A. Joe Fish*
A. JOE FISH
**Senior United States District Judge**