UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STORMY MAGIERA,      ) | |
| ) | |
| Plaintiff,   ) | |
| ) | CIVIL ACTION NO. |
| VS.              ) | |
| ) | 3:08-CV-1023-G |
| CITY OF DALLAS,      ) | |
| ) | |
| Defendant.   ) | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The court has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United Magistrate Judge.

**SO ORDERED**.

August 10, 2011.

_/s/ A. Joe Fish_
A. JOE FISH
**Senior United States District Judge**